# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| NATIONAL ALLIANCE FOR ACCESSABILITY, INC., *et. al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE PETERSON COMPANIES, L.C., et al., )<br>)<br>Defendants. )<br>) | Civil Action No.:  8:10-cv-1016-DKC |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiffs hereby dismiss this action with prejudice.

THOMAS B. BACON, P.A.

By: _____/S/_____
Pete M. Monismith, #29053
Thomas B. Bacon, P.A.
1710 Quarry Lane
Apollo, PA  15613
(724) 610-1881

*Counsel for National Alliance for Accessability, Inc., and Denise Payne, Plaintiffs*